NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE JAMES COX

---

2013-1483

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Serial No. 11/890,544.

---

## JUDGMENT

---

STEPHEN P. CATLIN, Robinson Intellectual Property Law Office, P.C., of Fairfax, Virginia, argued for appellant.

JEREMIAH S. HELM, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, and FRANCES M. LYNCH, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| February 11, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |